Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

            Case No.:  19−27507−MBK
            Chapter:  13
            Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Pamela Ann Loffredo          Gerard Anthony Loffredo Sr.
 363 Dogwood Drive           aka Jerry Anthony Loffredo
 Brick, NJ 08723−0000          363 Dogwood Drive
                    Brick, NJ 08723−0000

Social Security No.:
 xxx−xx−4847              xxx−xx−9366

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/17/19 at 09:00 AM

to consider and act upon the following:

*35* − Objection to Debtor's Claim of Exemptions filed by Albert Russo. (Attachments: # 1 Certificate of Service) (Russo, Albert)

Dated: 11/22/19

                    Jeanne Naughton
                    Clerk, U.S. Bankruptcy Court