Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                 Case No.: 19–27507–MBK
                 Chapter:  13
                 Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Pamela Ann Loffredo | Gerard Anthony Loffredo Sr. |
| 363 Dogwood Drive | aka Jerry Anthony Loffredo |
| Brick, NJ 08723–0000 | 363 Dogwood Drive |
| | Brick, NJ 08723–0000 |

Social Security No.:
  xxx–xx–4847                                   xxx–xx–9366

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:        8/26/20
Time:       10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 21, 2020
JAN: wdr

                                                    Jeanne Naughton
                                                    Clerk, U. S. Bankruptcy Court