Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 19−27507−MBK
                        Chapter: 13
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Pamela Ann Loffredo<br>363 Dogwood Drive<br>Brick, NJ 08723−0000 | Gerard Anthony Loffredo Sr.<br>aka Jerry Anthony Loffredo<br>363 Dogwood Drive<br>Brick, NJ 08723−0000 |

Social Security No.:
  xxx−xx−4847                                  xxx−xx−9366

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                  8/26/20
Time:                10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: July 21, 2020
JAN: wdr

                                                 Jeanne Naughton
                                                 Clerk, U. S. Bankruptcy Court

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 19-27507-MBK
Pamela Ann Loffredo                                                 Chapter 13
Gerard Anthony Loffredo, Sr.
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3                  Date Rcvd: Jul 21, 2020
                              Form ID: 132                Total Noticed: 100


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
db/jdb         +Pamela Ann Loffredo,    Gerard Anthony Loffredo, Sr.,    363 Dogwood Drive,
                 Brick, NJ 08723-5982
cr             +Specialized Loan Servicing LLC as servicing agent,    P.O. Box 340514,    Tampa, FL 33694-0514
518496796       Alert Ambulance,    PO Box 192,   Brick, NJ 08723-0192
518516239      #+Anesthebest LLC,    Paula G Kaplan,   55 Morris Ave,    Ste 200 POB 96,
                 Springfield, NJ 07081-1426
518497425      +Anesthebest LLC,    400 Route 34 Suite A,    Matawan, NJ 07747-2197
518496848       Apogee Physicians of Hew Jersey,    PO Box 708640,   Sandy, UT 84070-8640
518496855       BHMG-CJBH,    PO Box 826796,   Philadelphia, PA 19182-6796
518493618      +Bank of America,    Jenelle C. Arnold,    4375 Jutland Drive, Ste. 200,    POB 17933,
                 San Diego, CA 92177-7921
518496798       Barron Bmergency Physicians,    PO Box 7418,    Philadelphia, PA 19101-7418
518496849       Bayside Orthopedics LLC,    780 Route 37 West Ste 330,    Toms River, NJ 08755-5064
518496850       Brick Women Physicians, PC,    1140 Burnt Tavern Road, Suite 2A,    Brick, NJ 08724-1496
518496857       Brielle Orthopedics,    457 Jack Martin Blvd,    Brick, NJ 08724-7776
518496800       CCC&B,   PO Box 336,    Raritan, NJ 08869-0336
518497424     ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Best buy,     POB 183195,   Columbus, OH 43218)
518496799       CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
518496858       Capital One , N.A,    c/o Beoket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
518537380       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
518496801       Celentano Stadtmauer & Walentowicz,    PO Box 2594,   Clifton, NJ 07015-2594
518496852       Center for Pain Control,    Attn: Bureau of Accounts,    PO Box 538,   Howell, NJ 07731-0538
518575858       Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518496859       Citibank, N.A.,    c/o Quantum Group LLC,    PO Box 280,   Kirkland, WA 98083-0280
518496861       FMA Alliance, Ltd,    12339 Cutten Road,    Bouston, TX 77066-1807
518496804       First Savings Credit Card,    PO Box 2509,    Omaha, NE 68103-2509
518497057       Gabrielle P Jasper MD,    74 Brick Blvd,    Building 3 Suite 124,    Brick, NJ 08723-7984
518497059       Glass Moutain Capital LLC,    1930 Thoreau Drive, Ste 100,    Schaumburg, IL 60173-4179
518497061       JH Portfolio Debt Equities,    Attn: D I A Services,    1400 E Touhy Ave Ste G2,
                 Des Plaines, IL 60018-3338
518497062      +Jersey Shore Anestheiaology Associates,    PO Boz 307,   Neptune, NJ 07754-0307
518562927       Jersey Shore University Medical Center,    c/o Celentano Stadtmauer and Walentowicz,
                 1035 Route 46 E, Suite 208B,    P. O. Box 2594,    Clifton, NJ 07015-2594
518497064       Jersey Shore University Medical Center,    c/o Celentano, Stadtmauer & Walentowicz,,
                 1035 Route 46 East, P.O. Box 2594,    Clifton, NJ 07015-2594
518497063       Jersey Shore University Medical Center,    PO Box 650292,   Dallas, TX 75265-0292
518497065       John A Infantolino, MD PC,    S Princeton Avenue,    Brick, NJ 08724-3515
518497069      +LVNV Funding LLC,    PO Box 10497,   Greenville, SC 29603-0497
518497068       LVNV funding LLC,    Attn: Alltran Financial LP,    PO Box 610,   Sauk Rapids, MN 56379-0610
518497078    ++++MIDLAND FUNDING,    ATTN: AMANDA PEREZ,    1 RIVERFRONT PLZ STE 710,    NEWARK NJ 07102-5415
               (address filed with court: Midland Funding,     Attn: Amanda Perez,    1037 Raymond Blvd ste 710,
                 Newark, NJ 07102-5427)
518497074       Meridian Medical Group-Speciality,    Attn: 1080,    PO Box 416693,   Boston, HA 02241-6693
518497075       Meridian OB/Gyn Associates,    PO Box 416824,    Boston, MA 02241-6824
518497076       Michael Harrison,    3155 State Route 10,    Suite 214,   Denville, NJ 07834-3430
518497081       NJ E-Zpass Violations Proceaainq Center,    PO Box 4971,    Trenton, NJ 08650-4971
518497082       New Jersey Turnpike Authority,    Merk Schneider,    581 Main St POB 5042,
                 Woodbridge, NJ 07095-5042
518497083       Northlsnd Group,    PO Boz 390846,   Minneapolis, MN 55439-0846
518571785      +Ocean Medical Center,    c/o Celentano, Stadtmauer & Walentowicz,,
                 1035 Route 46 East, Suite B208,    P.O. Box 2594,    Clifton, NJ 07015-2594
518563599       Ocean Medical Center,    c/o Celentano, Stadtmauer & Walentowicz,,    Notchview Office Park,
                 1035 Route 46 East, Suite B208,    P.O. Box 2594,    Clifton, New Jersey 07015-2594
518497085      +Ocean Medical Center,    PO Box 650292,   Dallas,TX 75265-0292
518497279       Ocean Perioperative Cons,    PO Box 366,    Manasquan, NJ 08736-0366
518497282    ++++POINT PLEASANT RADIOLOGY,    PO BOX 4238,    PORTSMOUTH NH 03802-4238
               (address filed with court: Point Pleasant Radiology,     PO Box 6750,
                 Portsmouth, NH 03802-6750)
518546821       Pendrick Capital Partners II, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX 75014-1419
518546819       Pendrick Capital Partners, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX 75014-1419
518497298       Pluese Becker Saltzman,    20000 Borizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
518497281       Pluese Becker Saltzman,    20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
518497291       Point Pleaaant-Brick Radiology,    PO Box 3131,    Point Pleuant Beach, NJ 08742-6131
518497283       Preferred Behavioral Health,    700 Airport Road,    Lakewood, NJ 08701-5907
518497284       Riverview Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
518457032      +Specialized Loan Servicing,    P.O. Box 630147,    Littleton, CO 80163-0147
518497419       Specialized Loan Servicing,    8742 Lucent Blvd,    Highland Ranch, CO 80129-2386
518497285       Specialized Loan Servicing,    8742 Lucent Boulevard,    Littleton, CO 80129-2386
518497286       Ted L. Freeman Do PC,    186 Jack Martin Blvd,    Suite Bl,    Brick, NJ 08724-7728
518497295       Tidal Emergency Physicians,    PO Box 41433,    Philadelphia, PA 19101-1433
```

```
District/off: 0312-3          User: admin              Page 2 of 3               Date Rcvd: Jul 21, 2020
                              Form ID: 132             Total Noticed: 100


518497421      Township of Brick,    PO Box 949,    Matawan, NJ 07747-0949
518497287      Trans-Continental,    PO Box 5055,    White Plains, NY 10602-5055
518497422     +Two Rivers Physician Associates,    66 West Gilbert Street,    Red Bank, NJ 07701-4947
518497288      U.S. Bank National Association Trustee,    c/o Spscialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518581773     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518497297      University Radiology Group,    PO Box 1075,    East Brunswick, NJ 08816-1075
518497423     +Valeo Behaviorial Health,    2911 Route 88 Suite E8,    Point Pleasant Beach, NJ 08742-2871
518497289      Wakefield & Associates,    PO Box 50250,    Knoxville, TN 37950-0250
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 21 2020 23:01:47     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 21 2020 23:01:46     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518496795      E-mail/Text: legal@arsnational.com Jul 21 2020 23:01:31      ARS National Services,
                PO Box 469100,    Escondido, Cl 92046-9100
518496797      E-mail/Text: kristin.villneauve@allianceoneinc.com Jul 21 2020 23:01:11
                Alliance One Receivables Management,    4850 Street Road Suite 300,
                Feasterville Trevose, Pl 19053-6643
518496856      E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Jul 21 2020 23:02:02      Behavioral Health,
                PO Box 416765,    Boston, Ill 02241-6765
518496851      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 21 2020 23:07:51      Capital One Bank,
                PO Box 71083,    Charlotte, NC 28272-1083
518496802      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 21 2020 23:01:36      Comenity  Bank,
                PO Box 182125,    Columbus, 0H 43218-2125
518496853      E-mail/Text: bncmail@w-legal.com Jul 21 2020 23:01:51      Comenity Capital Banlt/Paypal Credit,
                c/o Weinstein & Riley, PS,    2001 Western Avo., Ste 400,    Seattle, WA 98121-3132
518496860      E-mail/Text: convergent@ebn.phinsolutions.com Jul 21 2020 23:01:57      Convergent Outsourcing,
                800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
518496803      E-mail/PDF: creditonebknotifications@resurgent.com Jul 21 2020 23:07:36      Credit One Bank,
                PO Box 98875,    Las Vegas, NV 89193-8875
518496854     +E-mail/Text: patient.billing@drugscan.com Jul 21 2020 23:02:02      Drugscan,    PO Box 347,
                Horsham, PA 19044-0347
518497058      E-mail/Text: bnc-bluestem@quantum3group.com Jul 21 2020 23:01:59      Gettington,    PO Box 166,
                Newark, NJ 07101-0166
518497060      E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Jul 21 2020 23:02:09
                JH Portfolio Debt Equities,    5757 Phantom Drive Suite 225,    Hazelwood, MO  63042-2429
518497066      E-mail/Text: bncnotices@becket-lee.com Jul 21 2020 23:01:20      Kohls,    PO Box 2893,
                Milwaukee, WI 53201-2983
518497067      E-mail/Text: ebn@ltdfin.com Jul 21 2020 23:01:31      LTD Financial Servicies,
                7322 Southwest Freeway Suite 1600,    Bouston, TX 77074-2134
518468596      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2020 23:07:39      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518497071      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2020 23:07:38
                LVNV funding, LLC its successors and assigns,    assignee of Santandor Conaumer USA,
                Reaurgent Capital Services,    PO Bo& 10587,    Greenville, SC 29603-0587
518497070      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2020 23:07:39      LVW Fundlng LLC,
                c/o Resurgent Capital services,    POB 10675,    Greenville, SC 29603-0675
518497072      E-mail/Text: bankruptcydpt@mcmcg.com Jul 21 2020 23:01:46      MIDLAND FUNDING LLC,
                PO Box 2011,    Warren, Ml 48090-2011
518497073      E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Jul 21 2020 23:02:02
                Meridian Health PT Payment,    PO Box 117140,    Boston, HA 02241-7140
518497077      E-mail/Text: bankruptcydpt@mcmcg.com Jul 21 2020 23:01:46      Midland Credit Manaqement,
                2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
518497079      E-mail/Text: bankruptcydpt@mcmcg.com Jul 21 2020 23:01:46      Midland Funding,
                Attn: Midland Credit Management,    PO Box 2121,    Warren, NI 48090-2121
518548914     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 21 2020 23:01:46      Midland Funding, LLC,
                PO Box 2011,    Warren, MI 48090-2011
518497080      E-mail/Text: ebn@rwjbh.org Jul 21 2020 23:01:57      Monmouth Medical Center,    PO Box 29962,
                New York, NY 10087-9962
518497084      E-mail/Text: OMCbankruptcy@hackensackmeridian.org Jul 21 2020 23:02:02      Ocean Medical Center,
                PO Box 417140,    Boston, MA 02241-7140
518497280      E-mail/Text: info@phoenixfinancialsvcs.com Jul 21 2020 23:01:10      Phoenix Financial Services,
                PO Box 361450,    Indianapolis, IN 46236-1450
518497299      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2020 23:07:36
                Portfolio Recovery Associates,    PO Box 41067,    Norfolk VA 23541-1067
518553281      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2020 23:07:37
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                Norfolk VA 23541
518553283      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2020 23:08:11
                Portfolio Recovery Associates, LLC,    c/o Rcs Direct Marketing/Household Bank,    POB 41067,
                Norfolk VA 23541
518497290      E-mail/Text: info@phoenixfinancialsvcs.com Jul 21 2020 23:01:10      Phoeniz financial Services,
                PO Box 361450,    Indianapolis IN 46236-1450
518462385      E-mail/Text: bnc-quantum@quantum3group.com Jul 21 2020 23:01:41
                Quantum3 Group LLC as agent for,    JH CX Liquidating Trust LLC,    PO Box 788,
                Kirkland, WA  98083-0788
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jul 21, 2020
                              Form ID: 132             Total Noticed: 100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518497418         +E-mail/Text: bnc-quantum@quantum3group.com Jul 21 2020 23:01:41
                   Quantum3 Group LLC as agent for,    JB Portfolio Debt Equities LLC,    PO Box 788,
                   KirkLand, WA 98083-0788
518497293          E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 23:07:31      SYNCB,    PO Box 965060,
                   Orlando, FL 32896-5060
518497294          E-mail/Text: bncnotices@stengerlaw.com Jul 21 2020 23:01:18      Stenger & Stenger,
                   2618 Eaat paris Avenue SE,    Grand Rapids, MI 49546-2458
518459090         +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 23:07:31      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 35

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518497420*         Synchrony Bank,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                   Norfolk, VA 23541-1021
518497292        ##+Progressive Financial Services, Inc,    1919 West Fairmont Drive, Building 8,
                   Teape, AZ 85282-3183
518497296        ##Tranoword Systems,    507 Prudential Blvd,    Horsham, PA 19044-2308
                                                                                 TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2006-12XS, U.S.
               bank national Association, as Trustee,   Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gavin   Stewart    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
               U.S. Bank National Association, as Trustee bk@stewartlegalgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2006-12XS, U.S.
               bank national Association, as Trustee,   Et Al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```