**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0   Valuation of Security       0   Assumption of Executory Contract or Unexpired Lease       0   Lien Avoidance

Last revised: September 1, 2018

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:
Pamela Ann Loffredo
Gerard Anthony Loffredo
a/k/a Jerry Anthony Loffredo
  Debtor(s)

Case No.: 19-27507

Judge: Michael B. Kaplan

### Chapter 13 Plan and Motions

☐ Original            ☒ Modified/Notice Required            Date: July 6, 2020
☐ Motions Included    ☐ Modified/No Notice Required

**THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE**

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: _____    Initial Debtor: ____PAL____    Initial Co-Debtor: ____JAL____

## Part 1: Payment and Length of Plan

a. The debtor shall pay $ __100__ per __month__ to the Chapter 13 Trustee, starting on __September 1, 2019__ for approximately __36__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description: 363 Dogwood Drive. Brick, NJ 08723
Proposed date for completion: September 30, 2020

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:
Payments to be made pursuant to Notice to Commence Payments Pursuant to 11 U.S.C. Section 1326 dated September 13, 2019.

## Part 2: Adequate Protection ☒ NONE

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $0 |
| DOMESTIC SUPPORT OBLIGATION | NONE | $0 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Specialized Loan Servicing | mortgage | 75574 | 4.85% | 200.00 | 1817 |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

Case 19-27507-MBK    Doc 51    Filed 07/23/20    Entered 07/24/20 00:21:26    Desc Imaged
                     Certificate of Notice    Page 5 of 14

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

Case 19-27507-MBK    Doc 51    Filed 07/23/20    Entered 07/24/20 00:21:26    Desc Imaged
                     Certificate of Notice    Page 5 of 14

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan:** ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than __1 %__ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6:  Executory Contracts and Unexpired Leases  ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

## Part 7:  Motions  ☒ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☐ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) _____

3) _____

4) _____

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: September 27, 2019                    .

| Explain below **why** the plan is being modified:<br>Pursuant to Trustee. | Explain below **how** the plan is being modified:<br>Modification to Part 5a. |
|---|---|

Are Schedules I and J being filed simultaneously with this Modified Plan?     ☐ Yes     ☒ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: July 6, 2020

_____
Debtor

Date: July 6, 2020

_____
Joint Debtor

Date: _____

_____
Attorney for Debtor(s)

**JERRY A. LOFFREDO**
**PAMELA A. LOFFREDO**
363 Dogwood Drive
Brick, NJ 08723
732-674-5931

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2020 JUL 21   A 10: 36

JE... A. NAUGHTON

BY: _____
DEPUTY CLERK

July 15, 2020

United States Bankruptcy Court
District of New Jersey
Attn: Clerk
402 East State Street
Trenton, NJ 08608

    RE:  Pamela Ann Loffredo and Gerard Anthony Loffredo Sr.
           Case No. 19-27507-MBK

Dear Sir/Madam:

    With regard to the above matter, enclosed please find the original Modified/Notice Required Chapter 13 Plan and Motions.

    Kindly file and return proof of filing in the envelope provided.

    If you have any questions, please contact me at 732-674-5931.

    Thank you for your consideration.

                                Very truly yours,

                                PAMELA ANN LOFFREDO

Enclosures
cc:  Albert Russo, Trustee
      Denise Carlon, Esq. Via Email
      Gavin N. Stewart, Esq. Via Email

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 19-27507-MBK
Pamela Ann Loffredo                                                     Chapter 13
Gerard Anthony Loffredo, Sr.
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Jul 21, 2020
                              Form ID: pdf901          Total Noticed: 100


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
db/jdb       +Pamela Ann Loffredo,   Gerard Anthony Loffredo, Sr.,    363 Dogwood Drive,
               Brick, NJ 08723-5982
cr           +Specialized Loan Servicing LLC as servicing agent,    P.O. Box 340514,    Tampa, FL 33694-0514
518496796     Alert Ambulance,   PO Box 192,   Brick, NJ 08723-0192
518516239    #+Anesthebest LLC,   Paula G Kaplan,   55 Morris Ave,    Ste 200 POB 96,
               Springfield, NJ 07081-1426
518497425    +Anesthebest LLC,    400 Route 34 Suite A,   Matawan, NJ 07747-2197
518496848     Apogee Physicians of Hew Jersey,   PO Box 708640,    Sandy, UT 84070-8640
518496855     BHMG-CJBH,   PO Box 826796,   Philadelphia, PA 19182-6796
518493618    +Bank of America,   Jenelle C. Arnold,   4375 Jutland Drive, Ste. 200,    POB 17933,
               San Diego, CA 92177-7921
518496798     Barron Bmergency Physicians,   PO Box 7418,    Philadelphia, PA 19101-7418
518496849     Bayside Orthopedics LLC,   780 Route 37 West Ste 330,    Toms River, NJ 08755-5064
518496850     Brick Women Physicians, PC,   1140 Burnt Tavern Road, Suite 2A,    Brick, NJ 08724-1496
518496857     Brielle Orthopedics,   457 Jack Martin Blvd,   Brick, NJ 08724-7776
518496800     CCC&B,   PO Box 336,   Raritan, NJ 08869-0336
518497424    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Best buy,    POB 183195,   Columbus, OH 43218)
518496799     CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
518496858     Capital One , N.A,   c/o Beoket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
518537380     Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
518496801     Celentano Stadtmauer & Walentowicz,   PO Box 2594,    Clifton, NJ 07015-2594
518496852     Center for Pain Control,   Attn: Bureau of Accounts,    PO Box 538,    Howell, NJ 07731-0538
518575858     Citibank, N.A.,   5800 S Corporate Pl,   Sioux Falls, SD 57108-5027
518496859     Citibank, N.A.,   c/o Quantum Group LLC,   PO Box 280,    Kirkland, WA 98083-0280
518496861     FMA  Alliance, Ltd,   12339 Cutten Road,   Bouston, TX 77066-1807
518496804     First Savings Credit Card,   PO Box 2509,   Omaha, NE 68103-2509
518497057     Gabrielle P Jasper MD,   74 Brick Blvd,   Building 3 Suite 124,    Brick, NJ 08723-7984
518497059     Glass Moutain Capital LLC,   1930 Thoreau Drive, Ste 100,    Schaumburg, IL 60173-4179
518497061     JH Portfolio Debt Equities,   Attn: D I A Services,    1400 E Touhy Ave Ste G2,
               Des Plaines, IL 60018-3338
518497062    +Jersey Shore Anestheiaology Associates,   PO Boz 307,    Neptune, NJ 07754-0307
518562927     Jersey Shore University Medical Center,   c/o Celentano Stadtmauer and Walentowicz,
               1035 Route 46 E, Suite 208B,   P. O. Box 2594,   Clifton, NJ 07015-2594
518497064     Jersey Shore University Medical Center,   c/o Celentano, Stadtmauer & Walentowicz,,
               1035 Route 46 East, P.O. Box 2594,   Clifton, NJ 07015-2594
518497063     Jersey Shore University Medical Center,   PO Box 650292,    Dallas, TX 75265-0292
518497065     John A Infantolino, MD PC,   S Princeton Avenue,   Brick, NJ 08724-3515
518497069    +LVNV Fundinq LLC,   PO Box 10497,   Greenville, SC 29603-0497
518497068     LVNV fundinq LLC,   Attn: Alltran Financial LP,   PO Box 610,    Sauk Rapids, MN 56379-0610
518497078   ++++MIDLAND FUNDING,   ATTN: AMANDA PEREZ,   1 RIVERFRONT PLZ STE 710,    NEWARK NJ 07102-5415
             (address filed with court: Midland Funding,    Attn: Amanda Perez,   1037 Raymond Blvd ste 710,
               Newark, NJ 07102-5427)
518497074     Meridian Medical Group-Speciality,   Attn: 1080,   PO Box 416693,    Boston, HA 02241-6693
518497075     Meridian OB/Gyn Associates,   PO Box 416824,   Boston, MA 02241-6824
518497076     Michael Harrison,   3155 State Route 10,   Suite 214,    Denville, NJ 07834-3430
518497081     NJ E-Zpass Violations Proceaainq Center,   PO Box 4971,    Trenton, NJ 08650-4971
518497082     New Jersey Turnpike Authority,   Merk Schneider,   581 Main St POB 5042,
               Woodbridge, NJ 07095-5042
518497083     Northlsnd Group,   PO Boz 390846,   Minneapolis, MN 55439-0846
518571785    +Ocean Medical Center,   c/o Celentano, Stadtmauer & Walentowicz,,
               1035 Route 46 East, Suite B208,   P.O. Box 2594,   Clifton, NJ 07015-2594
518563599     Ocean Medical Center,   c/o Celentano, Stadtmauer & Walentowicz,,    Notchview Office Park,
               1035 Route 46 East, Suite B208,   P.O. Box 2594,   Clifton, New Jersey 07015-2594
518497085    +Ocean Medical Center,   PO Box 650292,   Dallas,TX 75265-0292
518497279     Ocean Perioperative Cons,   PO Box 366,   Manasquan, NJ 08736-0366
518497282   ++++POINT PLEASANT RADIOLOGY,   PO BOX 4238,   PORTSMOUTH NH 03802-4238
             (address filed with court: Point Pleasant Radiology,    PO Box 6750,
               Portsmouth, NH 03802-6750)
518546821     Pendrick Capital Partners II, LLC,   Peritus Portfolio Services II, LLC,    PO BOX 141419,
               IRVING, TX 75014-1419
518546819     Pendrick Capital Partners, LLC,   Peritus Portfolio Services II, LLC,    PO BOX 141419,
               IRVING, TX 75014-1419
518497298     Pluese Becker  Saltzman,   20000 Borizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
518497281     Pluese Becker Saltzman,   20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
518497291     Point Pleaaant-Brick Radiology,   PO Box 3131,   Point Pleuant Beach, NJ 08742-6131
518497283     Preferred Behavioral Health,   700 Airport Road,   Lakewood, NJ 08701-5907
518497284     Riverview Medical Center,   PO Box 650292,   Dallas, TX 75265-0292
518457032    +Specialized Loan Servicing,   P.O. Box 630147,   Littleton, CO 80163-0147
518497419     Specialized Loan Servicing,   8742 Lucent Blvd,   Highland Ranch, CO 80129-2386
518497285     Specialized Loan Servicing,   8742 Lucent Boulevard,   Littleton, CO 80129-2386
518497286     Ted L. Freeman Do PC,   186 Jack Martin Blvd,   Suite Bl,    Brick, NJ 08724-7728
518497295     Tidal Emergency Physicians,   PO Box 41433,   Philadelphia, PA 19101-1433
```

```
District/off: 0312-3          User: admin              Page 2 of 3             Date Rcvd: Jul 21, 2020
                              Form ID: pdf901          Total Noticed: 100


518497421      Township of Brick,    PO Box 949,    Matawan, NJ 07747-0949
518497287      Trans-Continental,    PO Box 5055,    White Plains, NY 10602-5055
518497422     +Two Rivers Physician Associates,    66 West Gilbert Street,    Red Bank, NJ 07701-4947
518497288      U.S. Bank National Association Trustee,    c/o Spscialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518581773     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518497297      University Radiology Group,    PO Box 1075,    East Brunswick, NJ 08816-1075
518497423     +Valeo Behaviorial Health,    2911 Route 88 Suite E8,    Point Pleasant Beach, NJ 08742-2871
518497289      Wakefield & Associates,    PO Box 50250,    Knoxville, TN 37950-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 21 2020 23:01:47     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 21 2020 23:01:46     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518496795      E-mail/Text: legal@arsnational.com Jul 21 2020 23:01:31     ARS National Services,
                PO Box 469100,    Escondido, Cl 92046-9100
518496797      E-mail/Text: kristin.villneauve@allianceoneinc.com Jul 21 2020 23:01:11
                Alliance One Receivables Management,    4850 Street Road Suite 300,
                Feasterville Trevose, Pl 19053-6643
518496856      E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Jul 21 2020 23:02:02     Behavioral Health,
                PO Box 416765,    Boston, Ill 02241-6765
518496851      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 21 2020 23:08:10     Capital One Bank,
                PO Box 71083,    Charlotte, NC 28272-1083
518496802      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 21 2020 23:01:34     Comenity Bank,
                PO Box 182125,    Columbus, 0H 43218-2125
518496853      E-mail/Text: bncmail@w-legal.com Jul 21 2020 23:01:51     Comenity Capital Banlt/Paypal Credit,
                c/o Weinstein & Riley, PS,    2001 Western Avo., Ste 400,    Seattle, WA 98121-3132
518496860      E-mail/Text: convergent@ebn.phinsolutions.com Jul 21 2020 23:01:57     Convergent Outsourcing,
                800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
518496803      E-mail/PDF: creditonebknotifications@resurgent.com Jul 21 2020 23:07:38     Credit One Bank,
                PO Box 98875,    Las Vegas, NV 89193-8875
518496854     +E-mail/Text: patient.billing@drugscan.com Jul 21 2020 23:02:02     Drugscan,   PO Box 347,
                Horsham, PA 19044-0347
518497058      E-mail/Text: bnc-bluestem@quantum3group.com Jul 21 2020 23:01:59     Gettington,   PO Box 166,
                Newark, NJ 07101-0166
518497060      E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Jul 21 2020 23:02:09
                JH Portfolio Debt Equities,    5757 Phantom Drive Suite 225,    Hazelwood, MO  63042-2429
518497066      E-mail/Text: bncnotices@becket-lee.com Jul 21 2020 23:01:19     Kohls,   PO Box 2893,
                Milwaukee, WI 53201-2983
518497067      E-mail/Text: ebn@ltdfin.com Jul 21 2020 23:01:31     LTD Financial Servicies,
                7322 Southwest Freeway Suite 1600,    Bouston, TX 77074-2134
518468596      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2020 23:07:55     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518497071      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2020 23:07:56
                LVNV funding, LLC its successors and assigns,    assignee of Santandor Conaumer USA,
                Reaurgent Capital Services,    PO Bo& 10587,    Greenville, SC 29603-0587
518497070      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2020 23:08:14     LVW Fundlng LLC,
                c/o Resurgent Capital services,    POB 10675,    Greenville, SC 29603-0675
518497072      E-mail/Text: bankruptcydpt@mcmcg.com Jul 21 2020 23:01:46     MIDLAND FUNDING LLC,
                PO Box 2011,    Warren, Ml 48090-2011
518497073      E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Jul 21 2020 23:02:02
                Meridian Health PT Payment,    PO Box 117140,    Boston, HA 02241-7140
518497077      E-mail/Text: bankruptcydpt@mcmcg.com Jul 21 2020 23:01:46     Midland Credit Management,
                2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
518497079      E-mail/Text: bankruptcydpt@mcmcg.com Jul 21 2020 23:01:46     Midland Funding,
                Attn: Midland Credit Management,    PO Box 2121,    Warren, NI 48090-2121
518548914     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 21 2020 23:01:46     Midland Funding, LLC,
                PO Box 2011,    Warren, MI 48090-2011
518497080      E-mail/Text: ebn@rwjbh.org Jul 21 2020 23:01:57     Monmouth Medical Center,   PO Box 29962,
                New York, NY 10087-9962
518497084      E-mail/Text: OMCbankruptcy@hackensackmeridian.org Jul 21 2020 23:02:02     Ocean Medical Center,
                PO Box 417140,    Boston, MA 02241-7140
518497280      E-mail/Text: info@phoenixfinancialsvcs.com Jul 21 2020 23:01:10     Phoenix Financial Services,
                PO Box 361450,    Indianapolis, IN 46236-1450
518497299      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2020 23:07:37
                Portfolio Recovery Associates,    PO BOX 41067,    Norfolk VA 23541-1067
518553281      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2020 23:07:36
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                Norfolk VA 23541
518553283      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2020 23:07:53
                Portfolio Recovery Associates, LLC,    c/o Rcs Direct Marketing/Household Bank,   POB 41067,
                Norfolk VA 23541
518497290      E-mail/Text: info@phoenixfinancialsvcs.com Jul 21 2020 23:01:10     Phoeniz financial Services,
                PO Box 361450,    Indianapolis IN 46236-1450
518462385      E-mail/Text: bnc-quantum@quantum3group.com Jul 21 2020 23:01:41
                Quantum3 Group LLC as agent for,    JH CX Liquidating Trust LLC,    PO Box 788,
                Kirkland, WA  98083-0788
```

```
District/off: 0312-3            User: admin              Page 3 of 3                 Date Rcvd: Jul 21, 2020
                                Form ID: pdf901          Total Noticed: 100


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518497418         +E-mail/Text: bnc-quantum@quantum3group.com Jul 21 2020 23:01:41
                   Quantum3 Group LLC as agent for,    JB Portfolio Debt Equities LLC,    PO Box 788,
                   KirkLand, WA 98083-0788
518497293          E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 23:08:06      SYNCB,    PO Box 965060,
                   Orlando, FL 32896-5060
518497294          E-mail/Text: bncnotices@stengerlaw.com Jul 21 2020 23:01:18      Stenger & Stenger,
                   2618 Eaat paris Avenue SE,   Grand Rapids, MI 49546-2458
518459090         +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2020 23:08:06      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 35

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518497420*        Synchrony Bank,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                   Norfolk, VA 23541-1021
518497292       ##+Progressive Financial Services, Inc,   1919 West Fairmont Drive, Building 8,
                   Teape, AZ 85282-3183
518497296        ##Tranoword Systems,    507 Prudential Blvd,   Horsham, PA 19044-2308
                                                                                  TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2006-12XS, U.S.
           bank national Association, as Trustee,   Et Al... dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Gavin   Stewart    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
           U.S. Bank National Association, as Trustee bk@stewartlegalgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2006-12XS, U.S.
           bank national Association, as Trustee,   Et Al... rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```