Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−27507−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Pamela Ann Loffredo                         Gerard Anthony Loffredo Sr.
    363 Dogwood Drive                           aka Jerry Anthony Loffredo
    Brick, NJ 08723−0000                        363 Dogwood Drive
                                                Brick, NJ 08723−0000

Social Security No.:
    xxx−xx−4847                                 xxx−xx−9366
Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on September 13, 2021.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 13, 2021
JAN: wir

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-27507-MBK

Pamela Ann Loffredo     Chapter 13

Gerard Anthony Loffredo, Sr.

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 5
Date Rcvd: Sep 14, 2021     Form ID: 148     Total Noticed: 101

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++    Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Pamela Ann Loffredo, Gerard Anthony Loffredo, Sr., 363 Dogwood Drive, Brick, NJ 08723-5982 |
| cr | + | Specialized Loan Servicing LLC as servicing agent, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518496796 | # | Alert Ambulance, PO Box 192, Brick, NJ 08723-0192 |
| 518497425 | + | Anesthebest LLC, 400 Route 34 Suite A, Matawan, NJ 07747-2197 |
| 518496848 | + | Apogee Physicians of Hew Jersey, PO Box 708640, Sandy, UT 84070-8627 |
| 518496855 | | BHMG-CJBH, PO Box 826796, Philadelphia, PA 19182-6796 |
| 518493618 | + | Bank of America, Jenelle C. Arnold, 4375 Jutland Drive, Ste. 200, POB 17933, San Diego, CA 92177-7921 |
| 518496798 | | Barron Bmergency Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 518496849 | | Bayside Orthopedics LLC, 780 Route 37 West Ste 330, Toms River, NJ 08755-5064 |
| 518496850 | | Brick Women Physicians, PC, 1140 Burnt Tavern Road, Suite 2A, Brick, NJ 08724-1496 |
| 518496857 | | Brielle Orthopedics, 457 Jack Martin Blvd, Brick, NJ 08724-7776 |
| 518496800 | | CCC&B, PO Box 336, Raritan, NJ 08869-0336 |
| 518496858 | | Capital One , N.A, c/o Beoket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518496801 | | Celentano Stadtmauer & Walentowicz, PO Box 2594, Clifton, NJ 07015-2594 |
| 518496852 | | Center for Pain Control, Attn: Bureau of Accounts, PO Box 538, Howell, NJ 07731-0538 |
| 518496861 | | FMA Alliance, Ltd, 12339 Cutten Road, Bouston, TX 77066-1807 |
| 518496804 | | First Savings Credit Card, PO Box 2509, Omaha, NE 68103-2509 |
| 518497057 | | Gabrielle P Jasper MD, 74 Brick Blvd, Building 3 Suite 124, Brick, NJ 08723-7984 |
| 518497061 | | JH Portfolio Debt Equities, Attn: D I A Services, 1400 E Touhy Ave Ste G2, Des Plaines, IL 60018-3338 |
| 518497062 | + | Jersey Shore Anestheiaology Associates, PO Boz 307, Neptune, NJ 07754-0307 |
| 518562927 | | Jersey Shore University Medical Center, c/o Celentano Stadtmauer and Walentowicz, 1035 Route 46 E, Suite 208B, P. O. Box 2594, Clifton, NJ 07015-2594 |
| 518497064 | | Jersey Shore University Medical Center, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 518497063 | | Jersey Shore University Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 518497065 | | John A Infantolino, MD PC, S Princeton Avenue, Brick, NJ 08724-3515 |
| 518497066 | | Kohls, PO Box 2893, Milwaukee, WI 53201-2983 |
| 518497069 | + | LVNV Fundinq LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 518497068 | | LVNV fundinq LLC, Attn: Alltran Financial LP, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 518497078 | ++++ | MIDLAND FUNDING, ATTN: AMANDA PEREZ, 1 RIVERFRONT PLZ STE 710, NEWARK NJ 07102-5415 address filed with court:, Midland Funding, Attn: Amanda Perez, 1037 Raymond Blvd ste 710, Newark, NJ 07102-5427 |
| 518497074 | | Meridian Medical Group-Speciality, Attn: 1080, PO Box 416693, Boston, HA 02241-6693 |
| 518497075 | | Meridian OB/Gyn Associates, PO Box 416824, Boston, MA 02241-6824 |
| 518497076 | | Michael Harrison, 3155 State Route 10, Suite 214, Denville, NJ 07834-3430 |
| 518497081 | | NJ E-Zpass Violations Proceaainq Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 518497082 | | New Jersey Turnpike Authority, Merk Schneider, 581 Main St POB 5042, Woodbridge, NJ 07095-5042 |
| 518497083 | | Northlsnd Group, PO Boz 390846, Minneapolis, MN 55439-0846 |
| 518571785 | + | Ocean Medical Center, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 East, Suite B208, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 518563599 | | Ocean Medical Center, c/o Celentano, Stadtmauer & Walentowicz,, Notchview Office Park, 1035 Route 46 East, Suite B208, P.O. Box |

Case 19-27507-MBK    Doc 70    Filed 09/16/21    Entered 09/17/21 00:24:03    Desc Imaged
                        Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: 148 | Total Noticed: 101 |

| | | |
|---|---|---|
| | | 2594 Clifton, New Jersey 07015-2594 |
| 518497085 | + | Ocean Medical Center, PO Box 650292, Dallas,TX 75265-0292 |
| 518497279 | | Ocean Perioperative Cons, PO Box 366, Manasquan, NJ 08736-0366 |
| 518497282 | ++++ | POINT PLEASANT RADIOLOGY, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Point Pleasant Radiology, PO Box 6750, Portsmouth, NH 03802-6750 |
| 518497298 | | Pluese Becker Saltzman, 20000 Borizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 518497281 | | Pluese Becker Saltzman, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 518497291 | | Point P1eaaant-Brick Radiology, PO Box 3131, Point Pleuant Beach, NJ 08742-6131 |
| 518497283 | | Preferred Behavioral Health, 700 Airport Road, Lakewood, NJ 08701-5907 |
| 518497284 | | Riverview Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 518497285 | + | Specialized Loan Servicing, 6200 S Quebec St, Greenwood, CO 80111-4720 |
| 518457032 | + | Specialized Loan Servicing, P.O. Box 630147, Littleton, CO 80163-0147 |
| 518497419 | | Specialized Loan Servicing, 8742 Lucent Blvd, Highland Ranch, CO 80129-2386 |
| 518497286 | | Ted L. Freeman Do PC, 186 Jack Martin Blvd, Suite Bl, Brick, NJ 08724-7728 |
| 518497295 | | Tidal Emergency Physicians, PO Box 41433, Philadelphia, PA 19101-1433 |
| 518497421 | | Township of Brick, PO Box 949, Matawan, NJ 07747-0949 |
| 518497296 | | Tranoword Systems, 507 Prudential Blvd, Horsham, PA 19044-2308 |
| 518497287 | | Trans-Continental, PO Box 5055, White Plains, NY 10602-5055 |
| 518497422 | + | Two Rivers Physician Associates, 66 West Gilbert Street, Red Bank, NJ 07701-4947 |
| 518497288 | | U.S. Bank National Association Trustee, c/o Spscialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 519103999 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518581773 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518497297 | | University Radiology Group, PO Box 1075, East Brunswick, NJ 08816-1075 |
| 518497423 | + | Valeo Behavorial Health, 2911 Route 88 Suite E8, Point Pleasant Beach, NJ 08742-2871 |

TOTAL: 58

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 14 2021 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 14 2021 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518496795 | | EDI: ARSN.COM | Sep 15 2021 00:58:00 | ARS National Services, PO Box 469100, Escondido, Cl 92046-9100 |
| 518496797 | | Email/Text: kristin.villneauve@allianceoneinc.com | Sep 14 2021 21:09:00 | Alliance One Receivables Management, 4850 Street Road Suite 300, Feasterville Trevose, Pl 19053-6643 |
| 518496856 | | Email/Text: JSUMCbankruptcy@hackensackmeridian.org | Sep 14 2021 21:10:00 | Behavioral Health, PO Box 416765, Boston, Ill 02241-6765 |
| 518497424 | | EDI: CITICORP.COM | Sep 15 2021 00:58:00 | Best buy, POB 183195, Columbus, OH 43218 |
| 518496799 | | EDI: CITICORP.COM | Sep 15 2021 00:58:00 | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 |
| 518496851 | | EDI: CAPITALONE.COM | Sep 15 2021 00:58:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 518537380 | | EDI: BL-BECKET.COM | Sep 15 2021 00:58:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518575858 | | EDI: CITICORP.COM | Sep 15 2021 00:58:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518496859 | | EDI: Q3G.COM | Sep 15 2021 00:58:00 | Citibank, N.A., c/o Quantum Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 518496802 | | EDI: WFNNB.COM | Sep 15 2021 00:58:00 | Comenity Bank, PO Box 182125, Columbus, 0H 43218-2125 |

Case 19-27507-MBK    Doc 70    Filed 09/16/21    Entered 09/17/21 00:24:03    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Sep 14, 2021 | Form ID: 148 | Total Noticed: 101 |

| Recip ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 518496853 | | Email/Text: bncmail@w-legal.com | Sep 14 2021 21:10:00 | Comenity Capital Banlt/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Avo., Ste 400, Seattle, WA 98121-3132 |
| 518496860 | | EDI: CONVERGENT.COM | Sep 15 2021 00:58:00 | Convergent Outsourcing, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 518496803 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 14 2021 21:18:50 | Credit One Bank, PO Box 98875, Las Veqas, NV 89193-8875 |
| 518496854 | + | Email/Text: patient.billing@drugscan.com | Sep 14 2021 21:10:00 | Drugscan, PO Box 347, Horsham, PA 19044-0347 |
| 518497058 | | EDI: BLUESTEM | Sep 15 2021 00:58:00 | Gettington, PO Box 166, Newark, NJ 07101-0166 |
| 518497059 | | Email/Text: clientservices@glassmountaincapital.com | Sep 14 2021 21:09:00 | Glass Moutain Capital LLC, 1930 Thoreau Drive, Ste 100, Schaumburg, IL 60173-4179 |
| 518497060 | | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Sep 14 2021 21:10:00 | JH Portfolio Debt Equities, 5757 Phantom Drive Suite 225, Hazelwood, MO 63042-2429 |
| 518497067 | | EDI: LTDFINANCIAL.COM | Sep 15 2021 00:58:00 | LTD Financial Servicies, 7322 Southwest Freeway Suite 1600, Bouston, TX 77074-2134 |
| 518468596 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2021 21:18:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518497071 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2021 21:18:39 | LVNV funding, LLC its successors and assiqns, assiqnee of Santandor Conaumer USA, Reaurqent Capital Services, PO Bo& 10587, Greenville, SC 29603-0587 |
| 518497070 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2021 21:18:40 | LVW Fund1ng LLC, c/o Resurqent Capital services, POB 10675, Greenville, SC 29603-0675 |
| 518497072 | | EDI: MID8.COM | Sep 15 2021 00:58:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, Ml 48090-2011 |
| 518497073 | | Email/Text: Meridianbankruptcy@hackensackmeridian.org | Sep 14 2021 21:10:00 | Meridian Health PT Payment, PO Box 117140, Boston, HA 02241-7140 |
| 518497077 | | EDI: MID8.COM | Sep 15 2021 00:58:00 | Midland Credit Manaqement, 2365 Northside Drive, Suite 300, San Dieqo, CA 92108-2709 |
| 518497079 | | EDI: MID8.COM | Sep 15 2021 00:58:00 | Midland Funding, Attn: Midland Credit Management, PO Box 2121, Warren, NI 48090-2121 |
| 518548914 | + | EDI: MID8.COM | Sep 15 2021 00:58:00 | Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518497080 | | Email/Text: ebn@rwjbh.org | Sep 14 2021 21:10:00 | Monmouth Medical Center, PO Box 29962, New York, NY 10087-9962 |
| 518497084 | | Email/Text: OMCbankruptcy@hackensackmeridian.org | Sep 14 2021 21:10:00 | Ocean Medical Center, PO Box 417140, Boston, MA 02241-7140 |
| 518546821 | | Email/Text: perituspendrick@peritusservices.com | Sep 14 2021 21:09:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518546819 | | Email/Text: perituspendrick@peritusservices.com | Sep 14 2021 21:09:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518497280 | | Email/Text: info@phoenixfinancialsvcs.com | Sep 14 2021 21:09:00 | Phoenix Financial Services, PO Box 361450, Indianapolis, IN 46236-1450 |
| 518497299 | | EDI: PRA.COM | Sep 15 2021 00:58:00 | Portfolio Recovery Associates, PO BOX 41067, Norfolk VA 23541-1067 |
| 518553281 | | EDI: PRA.COM | Sep 15 2021 00:58:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518553283 | | EDI: PRA.COM | Sep 15 2021 00:58:00 | Portfolio Recovery Associates, LLC, c/o Rcs Direct Marketing/Household Bank, POB 41067, |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Norfolk VA 23541 |
| 518497290 | Email/Text: info@phoenixfinancialsvcs.com | Sep 14 2021 21:09:00 | Phoeniz financial Services, PO Box 361450, Indianapolis IN 46236-1450 |
| 518462385 | EDI: Q3G.COM | Sep 15 2021 00:58:00 | Quantum3 Group LLC as agent for, JH CX Liquidating Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518497418 | + EDI: Q3G.COM | Sep 15 2021 00:58:00 | Quantum3 Group LLC as agent for, JB Portfolio Debt Equities LLC, PO Box 788, KirkLand, WA 98083-0788 |
| 518497293 | EDI: RMSC.COM | Sep 15 2021 00:58:00 | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 518497294 | Email/Text: bncnotices@stengerlaw.com | Sep 14 2021 21:09:00 | Stenger & Stenger, 2618 Eaat paris Avenue SE, Grand Rapids, MI 49546-2458 |
| 518459090 | + EDI: RMSC.COM | Sep 15 2021 00:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518497289 | Email/Text: bankruptcytn@wakeassoc.com | Sep 14 2021 21:09:00 | Wakefield & Associates, PO Box 50250, Knoxville, TN 37950-0250 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518497420 | * | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518516239 | ##+ | Anesthebest LLC, Paula G Kaplan, 55 Morris Ave, Ste 200 POB 96, Springfield, NJ 07081-1426 |
| 518497292 | ##+ | Progressive Financial Services, Inc, 1919 West Fairmont Drive, Building 8, Teape, AZ 85282-3183 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2006-12XS U.S. bank national Association, as Trustee, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: 148 | Total Noticed: 101 |

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for U.S. Bank National Association  as Trustee bk@stewartlegalgroup.com

Rebecca Ann Solarz
    on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2006-12XS  U.S. bank national Association, as Trustee, Et Al... rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6