Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 19–27507–MBK
                        Chapter: 13
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Pamela Ann Loffredo<br>363 Dogwood Drive<br>Brick, NJ 08723–0000 | Gerard Anthony Loffredo Sr.<br>aka Jerry Anthony Loffredo<br>363 Dogwood Drive<br>Brick, NJ 08723–0000 |

Social Security No.:
  xxx–xx–4847                                     xxx–xx–9366

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 7, 2022</u>                      <u>Michael B. Kaplan</u>
                                                    Judge, United States Bankruptcy Court